IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 24-cr-00133-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS A. MORENO-POEY,

    Defendant.

_____

## ORDER
_____

This matter comes before the Court on defendant's Unopposed Motion to Modify the Conditions of his Pretrial Release from Curfew to Standalone Monitoring [Docket No. 56]. The United States and the Probation Office do not oppose defendant's request. *Id*. at 1, 3. Wherefore, it is

**ORDERED** that defendant's Unopposed Motion to Modify the Conditions of his Pretrial Release from Curfew to Standalone Monitoring [Docket No. 56] is granted. It is further

**ORDERED** that Mr. Moreno-Poey's conditions of release are modified to remove him from curfew and to place him on stand-alone monitoring with GPS. It is further

**ORDERED** that all other conditions of release shall remain as previously imposed.

DATED December 15, 2025.

                                BY THE COURT:

                                PHILIP A. BRIMMER
                                Chief United States District Judge